THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Warner Salazar, Appellant.
 
 
 

Appeal From Aiken County
 Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2006-UP-173
Submitted March 1, 2006  Filed March 22, 2006   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Warner Salazar appeals his conviction for three counts of criminal sexual conduct with a minor, first degree.  The trial judge sentenced him to three concurrent terms of twenty years imprisonment.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Salazar attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded Salazars appeal is without legal merit sufficient to warrant a new trial.  Salazar did not file a separate pro se response.
After a thorough review of the record and brief pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
 BEATTY, SHORT, and WILLIAMS, JJ., concur.

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.